US MAGISTRATE JUDGE CHERYL L. POLLAK         DATE: 12/13/11

TIME SPENT: _____

DOCKET NO. 11 CV 777

CASE: Livingston v City of NY

___ INITIAL CONFERENCE           ✓ OTHER/STATUS CONFERENCE
✓ DISCOVERY CONFERENCE           ___ FINAL/PRETRIAL CONFERENCE
___ SETTLEMENT CONFERENCE        ___ TELEPHONE CONFERENCE
___ MOTION HEARING               ___ ORAL ARGUMENT

MANDATORY DISCLOSURE:

___ COMPLETED                    ___ DATE TO BE COMPLETED BY

FOR PLAINTIFF: _____

FOR DEFENDANT: _____

___ DISCOVERY TO BE COMPLETED BY _____

___ NEXT CONFERENCE SCHEDULED FOR _____

___ DUNTON ISSUE ADDRESSED

PL. TO SERVE DEF. BY: _____        DEF. TO SERVE PL. BY: _____

RULINGS:

Pl. to submit Stip withdrawing strip search claim by 12/14
By 12/28 def to provide responses to outstanding discovery including ESU records
Pl to file amended cmpl. by 1/6
Def to answer and produce ESU officers disciplinary records by 1/20
Depositions to be completed by end of February
Conference — 3/22 at 3:00